1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL RAY JACKSON, | Case No. 12cv1701-DMS (NLS) |
| Petitioner, | **ORDER ADOPTING REPORT AND RECOMMENDATION, DISMISSING PETITION, AND DENYING REQUEST FOR CERTIFICATE OF APPEALABILITY** |
| vs. | |
| KATHLEEN ALLISON, Warden, | |
| Respondent. | |

Petitioner Carl Ray Jackson, a state prisoner proceeding *pro se*, filed a petition for writ of habeas corpus under 28 U.S.C. Section 2254 challenging his conviction and sentence for premeditated attempted murder and assault with a semi-automatic firearm. The petition was referred to United States Magistrate Judge Nita L. Stormes for a report and recommendation pursuant to 28 U.S.C. Section 636(b)(1)(B) and Civil Local Rule 72.1(d). Respondent filed an answer and Petitioner filed a traverse and a request for a certificate of appealability. On January 18, 2013, the Magistrate Judge issued a Report and Recommendation, recommending to deny the petition.

Petitioner timely objected to the Report and Recommendation. Respondents did not file a response. In reviewing a magistrate judge's report and recommendation, the district court "shall make a *de novo* determination of those portions of the report . . . to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate

judge."  28 U.S.C. § 636(b)(1).  Upon *de novo* review of the Report and Recommendation and Petitioner's objections, the objections are overruled.  The Report and Recommendation is adopted. The petition is denied.  Petitioner's request for certificate of appealability is denied.

**IT IS SO ORDERED.**

DATED:  February 22, 2013

_____
HON. DANA M. SABRAW
United States District Judge